No. 40088.—Protests 933453–G, etc., of Chekiang Co. et al. (New York).

# 534

Opinion by KEEFE, J. It was stipulated that the merchandise consists of wooden stands the same as those involved in *Kwong* v. *United States* (T. D. 49409). The claim at 33⅓ percent under paragraph 412 was therefore sustained.